IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY ADAMS, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:08cv00156 OWW GSA <br><br> ORDER DISCHARGING <br> ORDER TO SHOW CAUSE <br> (Document 14) <br><br> ORDER GRANTING MOTION TO VACATE <br> ORDER TO SHOW CAUSE AND REQUEST <br> FOR EXTENSION OF TIME <br> (Document 15) |

On January 30, 2008, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On October 15, 2008, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief in accordance with the Scheduling Order in this matter.

On November 6, 2008, Plaintiff filed a motion to vacate the order to show cause and requested an extension of time to December 11, 2008, to submit his confidential brief. (Doc. 15). In the motion, Plaintiff's counsel explained that an office review of a staff person's work product showed multiple errors and omissions, including failure to notify counsel of the deadline to submit a brief in this matter and failure to notify anyone of the Order to Show Cause. Plaintiff's counsel indicated that the staff member currently is on medical leave through December 1, 2008. While

1

Plaintiff's counsel admitted she was ultimately responsible for the deadlines in this matter and for oversight of staff, she requested that the Court not impose sanctions or dismissal. Plaintiff's counsel also reported contacting Defendant's counsel, who advised that Defendant has no objection to Plaintiff's request to vacate the Order to Show and to extend the time for Plaintiff's briefing.

Based on the foregoing, it appears that Plaintiff's failure to file an opening brief was due to counsel's neglect in this matter and not his own. Accordingly, the order to show cause is hereby DISCHARGED. Plaintiff's request for an extension of time is GRANTED. Plaintiff shall serve his confidential brief on or before December 11, 2008. All remaining actions under the scheduling order filed shall proceed under the time limit guidelines set therein. Further requests for extensions of time by Plaintiff will not be granted absent a showing of good cause.

IT IS SO ORDERED.

Dated:   **November 10, 2008**                         /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

2