IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY ADAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant.<br>_____ | Case No. 1:08-cv-00156 OWW GSA<br><br>ORDER RE STIPULATION TO EXTEND<br>BRIEFING SCHEDULE<br>(Document 18) |

Pursuant to the stipulation of the parties filed on January 21, 2009, Defendant is GRANTED an extension of time, up to and including February 17, 2009, in which to respond to Plaintiff's confidential brief.[1] All remaining actions shall be extended accordingly and shall proceed under the time limit guidelines established in the scheduling order filed on January 31, 2008.

IT IS SO ORDERED.

Dated: **January 22, 2009**            **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The court construes Defendant's request for an extension of time respond to Plaintiff's settlement letter as a request for an extension of time to provide Plaintiff with her confidential letter brief.