1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| TERRY ADAMS, | CIVIL NO. 1:08-CV-00156-OWW-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 14 days to respond to Plaintiff's opening brief up to and including May 5, 2009. Due to a heavy work load, which has included answering, briefing or engaging in settlement negotiations in 15 district court cases and 2 appellate cases between March 19 and April 19, 2009, and work-related travel on April 16-17, 2009, which came upon short notice, the undersigned attorney for the Commissioner needs additional time in order to complete the Commissioner's responsive brief.

///

///

///

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Dated April 22, 2009,

*/s/ Sengthiene Bosavanh*
―――――――――――――――
Sengthiene Bosavanh
(as authorized on January 20, 2009)
Attorney at Law

Attorney for Plaintiff

Dated April 22, 2009,
LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Elizabeth Firer*
―――――――――――――――
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   April 23, 2009**          **/s/ Gary S. Austin**
―――――――――――――――
UNITED STATES MAGISTRATE JUDGE