1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| TERRY ADAMS, | CIVIL NO. 1:08-CV-00156-OWW-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's opening brief up to and including June 4, 2009. The parties had previously stipulated to a 14-day extension up to and including May 5, 2009, which was granted by the Court. Defendant needs additional time, due to an extremely heavy work load, which has included unanticipated appellate briefing following the Ninth Circuit's denial of Defendant's motion to stay proceedings in a case related to another case wherein Defendant has sought en banc review. Further, Defendant's regional office has lost 3 full time attorneys in the past two months, due to promotion, family leave and other employment opportunities, which has required the remaining attorneys, including the undersigned, to take on

additional work with previously unexpected deadlines.  The undersigned thus needs additional time in order to complete the Commissioner's responsive brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated May 13, 2009,

*/s/ Sengthiene Bosavanh*
_____
Sengthiene Bosavanh
(as authorized on May 13, 2009)
Attorney at Law

Attorney for Plaintiff

Dated May 13, 2009,

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:

 /s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  **May 14, 2009**               **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE