LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| TERRY ADAMS, ) <br>     Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) | CIVIL NO. 1:08-CV-00156-OWW-GSA <br><br> STIPULATION AND ORDER TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a final extension of time of 48 days to respond to Plaintiff's opening brief up to and including July 22, 2009.  Defendant is filing his opposition to Plaintiff's opening brief this same day.  Defendant requires this final extension due to a case management error made by the undersigned attorney for the Commissioner.  Said attorney had previously been granted extensions in this case and intended to file the Commissioner's opposition by June 4, 2009.  However, counsel failed to file the Commissioner's brief on time as she inadvertently deleted it from her calendar and thus believed the brief had been filed.  Staff for Plaintiff called the error to Counsel's attention.

    Counsel's confusion was occasioned by the large number of case shifting currently going on in the Commissioner's Office of Regional Chief Counsel.  The office recently experienced sudden

departures of four senior attorneys, two of whom accepted positions as administrative law judges, which provided only a short time between the offer dates and starting dates.  Also, one senior attorney, for whom the undersigned attorney for the Commissioner was backing up on an unrelated matter, went on extended emergency medical leave.  This departure caused hardship as no one in the Commissioner's office had a firm grip on what was pending in this attorney's cases and re-assignments have been done with no notice and often at an emergency stage.  Another senior attorney is on extended paternity leave, and a third senior attorney is currently working part-time due to the serious medical condition of a family member.  Due to these departures and absences, the attorneys in the Commissioner's regional office have experienced an unanticipated increase in workload due to office restructuring and reassignment of over 250 district court cases and approximately 20 Ninth Circuit appeals.  This massive reassigning has, unfortunately, resulted in an occasional calendaring error as happened in this case.

      The Commissioner's opposition will be filed at the same time as this stipulation.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated July 22, 2009,                */s/ Sengthiene Bosavanh*
                                        _____
                                        Sengthiene Bosavanh
                                        (as authorized by telephone)
                                        Attorney for Plaintiff

Dated July 22, 2009,                LAWRENCE G. BROWN
                                        Acting United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                    By:        /s/ *Elizabeth Firer*
                                        _____
                                        Elizabeth Firer
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

///
///

# **ORDER**

Having considered the parties' stipulation, the Commissioner's request for an extension of time to file its opposition until July 22, 2009 is granted nunc pro tunc. The Court's scheduling order shall be modified accordingly.

IT IS SO ORDERED.

**Dated:   July 24, 2009**                    **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE